# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0150. KENNETH INMAN v. THE STATE.**

In 2008, Kenneth Inman was convicted of six counts, including felony murder. The Supreme Court affirmed his convictions and the denial of his motion for new trial. *Inman v. State*, 294 Ga. 650 (755 SE2d 752) (2014). Inman subsequently filed an extraordinary motion for new trial, which the trial court denied. Inman then filed a direct appeal in this court.

Under our Constitution, however, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, J., concurring); see also *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/18/2014
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*